|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Flagstar Bank FSB<br>By: Jeanette F. Frankenberg, Esq. | **Order Filed on May 16, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Diane Hall fka Diane Johnson aka Diane Johnson-Hall<br><br><br><br>        Debtor(s) | Case No.: 17-10102-JNP<br>Chapter:   13<br>Hearing Date:<br>**05/16/2017 @ 10:00 am**<br>Judge:   Jerrold N.  Poslusny, Jr.<br>U.S.B.J. |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: May 16, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Diane Hall fka Diane Johnson aka Diane Johnson-Hall
Case No.:17-10102-JNP
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Flagstar Bank FSB, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **238 Pennsylvania Ave., Franklinville, NJ 08322**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The co-debtor stay against Dana M. Jacobs and Tykie A. Simmons, is lifted pursuant to 11 U.S.C. 1301(c).

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Diane Hall  
     Debtor

Case No. 17-10102-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 16, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.  
db          +Diane Hall,    228 Pennsylvania Avenue,    Franklinville, NJ 08322-2367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeanette F. Frankenberg    on behalf of Creditor    FLAGSTAR BANK, FSB cmecf@sternlav.com  
         Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
         R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB bankruptcy@feinsuch.com  
         Richard S. Hoffman, Jr.    on behalf of Debtor Diane   Hall rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 7