Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
DIANE HALL

Case No.: _____17-10102_____

Judge: _____JNP_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: _____July 28, 2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED  
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN  
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:    Payment and Length of Plan

a. The debtor shall pay $ ____300.00____ per ____month____ to the Chapter 13 Trustee, starting on ____September 1, 2017____ for approximately ____53 remaining____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:

       ☐ Sale of real property
         Description:

         Proposed date for completion: _____

       ☐ Refinance of real property:
         Description:
         Proposed date for completion: _____

       ☐ Loan modification with respect to mortgage encumbering property:
         Description:
         Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| Hoffman DiMuzio | Administrative | $3,210.00 |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| None | | | | | |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Flagstar Bank, FSB | 238 Pennsylvania Avenue, Franklinville, NJ 08322 | $227,382.00 | $278,943.80 |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
Loan with Ditech Financial, LLC for Debtor's residence to be paid monthly outside Plan. Loan with BB&T Loan Service for 2014 Chrysler Town & Country Van to be paid outside Plan.

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| None | | |

## Part 5:    Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| None | | |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

    **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None | | |

    **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None | | | |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☒ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Administrative Expenses
3) Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____January 3, 2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Creditor, Flagstar Bank, FSB obtained Stay Relief regarding Debtor's second property located at 238 Pennsylvania Avenue, Franklinville, NJ. Thus, no pre-petition arrears will be paid to Flagstar Bank. | Part 1(a) - lower Debtor's monthly Trustee payment.<br>Part 4(a) - remove curing default and maintaining payments to Flagstar Bank, FSB for 238 Pennsylvania Avenue, Franklinville, NJ<br>Part 4(c) - reflect surrender of mortgage for 238 Pennsylvania Avenue, Franklinville, NJ |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: July 28, 2017                                            /s/ Richard S. Hoffman, Jr.
                                                               Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: July 28, 2017                                            /s/ Diane Hall
                                                               Debtor

Date: _____                                   _____
                                                               Joint Debtor

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 17-10102-JNP
Diane Hall                                                              Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jul 31, 2017
                               Form ID: pdf901             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db             +Diane Hall,    228 Pennsylvania Avenue,    Franklinville, NJ 08322-2367
516578072       Advocare Laurel Pediatrics,    PO Box 3001,    Voorhees, NJ 08043-0598
516649103       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
516578074       Credit First/Firestone,    PO Box 81083,    Cleveland, OH 44181
516578075       DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
516784975      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516578076       Ditech Financial LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
516578077       Eichenbaum & Stylianou, LLC,    PO Box 914,    Paramus, NJ 07653-0914
516578078       Emrg Phy Assoc os S.Jersey, PC,    3583 Ridge Park Drive,    Akron, OH 44333-8203
516578079      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516578080      +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516578081      +Flagstar Bank, FSB,    Attn: Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
516578082       HRRG Collections,    PO Box 8486,    Coral Springs, FL 33075-8486
516578083      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516578084       Kennedy Medical Group,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
516747434      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516777211      +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
516578086      +Rashema Johnson,    228 Pennsylvania Avenue,    Franklinville, NJ 08322-2367
516578087       Sears Credit Cards,    PO Box 6286,    Sioux Falls, SD 57117-6286
516578088      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516578091       THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516578092      +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
516578093      +Verizon,    140 West St,    New York, NY 10007-2123
516578094      +Virtua Health - West Jersey,    Attn: AMCOL Systems,    111 Lancewood Road,
                 Columbia, SC 29210-7523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516583181       E-mail/Text: bankruptcy@bbandt.com Jul 31 2017 23:23:59      BB&T,    PO Box 1847,
                 Wilson, NC 27894-1847
516578073      +E-mail/Text: bankruptcy@bbandt.com Jul 31 2017 23:23:59      BB&T Loan Services,
                 MC 100-50-02-57,    PO Box 2306,    Wilson, NC 27894-2306
516808257       E-mail/Text: bankruptcy.bnc@ditech.com Jul 31 2017 23:24:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516652075       E-mail/Text: cashiering-administrationservices@flagstar.com Jul 31 2017 23:25:04
                 Flagstar Bank FSB,    5151 Corporate Drive,    Troy, MI 48098-2639
516578085      +E-mail/Text: ebn@vativrecovery.com Jul 31 2017 23:24:05      Palisades Collection LLC,
                 210 Sylvan Avenue, Suite 1,    Englewood Cliffs, NJ 07632-2510
516635158       E-mail/Text: ebn@vativrecovery.com Jul 31 2017 23:24:05      Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
516755217      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2017 23:28:03      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516578089       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2017 23:28:15      Synchrony Bank/JC Penney,
                 PO Box 965060,    Orlando, FL 32896-5060
516578090       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2017 23:28:03      Synchrony Bank/Sam’s Club,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Jul 31, 2017
                               Form ID: pdf901          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    FLAGSTAR BANK, FSB cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB bankruptcy@feinsuch.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Diane  Hall rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```