UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.,Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

In Re:

Diane Hall,

Debtor.

Case No.: 17-10102-JNP

Adv. No.: 

Chapter: 13

Hearing Date: 8/21/2018

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Denise Carlon, Esq.__,
   
   ☒   am the attorney for: __DiTech Financial, LLC__
   
   ☐   am self-represented
   
   Phone number: __201-549-2363__
   
   Email address: __dcarlon@kmllawgroup.com__

2. I request an adjournment of the following hearing:
   
   Matter: __Trustee's Motion to Expunge Claim__
   
   Current hearing date and time: __8/21/2018__
   
   New date requested: __10/23/2018__
   
   Reason for adjournment request: __To allow time for the parties to resolve this matter amicably.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/16/2018                                            /s/ Denise Carlon
                                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 10/23/2018 at 10 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2