UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2

KML Law Group, P.C.
Denise Carlon, Esquire
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Movant: Ditech Financial LLC

In Re:
Diane Hall fka Diane Johnson, aka
Diane Johnson-Hall,

          Debtor.

Order Filed on December 7, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No. 17-10102-JNP

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

**CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO PROOF OF CLAIM #9-1 AND FOR LIMITED STAY RELIEF**

    The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: December 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:       Diane Hall
Case No.:      17-10102-JNP
Caption:       **CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO PROOF OF CLAIM #9-1 AND FOR LIMITED STAY RELIEF**

This matter being opened to the Court by the Standing Chapter 13 Trustee, Jennifer Gorchow, Esquire appearing; KML Law Group, P.C. attorneys for Ditech Financial LLC, Denise Carlon, Esquire appearing; and Richard S. Hoffman, attorney for Debtor, Diane Hall a/k/a Diane Johnson-Hall f/k/a Diane Johnson; and:

**WHEREAS** Debtor executed a note and mortgage in favor of Accredited Home Lenders with MERS as nominee ("Accredited Home Lenders mortgage"), said mortgage being recorded on June 29, 2007;

**WHEREAS** the note and mortgage were secured by real property known as 228 Pennsylvania Avenue, Franklinville, New Jersey 08322;

**WHEREAS** in January of 2008, Debtor refinanced the Accredited Home Lenders mortgage with a loan from Flagstar Bank ("Flagstar mortgage"); The Accredited Home Lenders mortgage was thereafter discharged, but the Flagstar Bank mortgage was not recorded;

**WHEREAS** the Debtor obtained a loan modification from Flagstar Bank in 2012; the Flagstar modification incorrectly made reference to the discharged Accredited Home Lenders mortgage rather than the unrecorded Flagstar mortgage that was being modified;

**WHEREAS** thereafter, the Flagstar mortgage was assigned to Ditech; the assignment of mortgage incorrectly made reference to the discharged Accredited Home Lenders mortgage rather than the unrecorded Flagstar Mortgage that was being assigned;

**WHEREAS** the Debtor obtained a loan modification from Ditech in 2017; the Flagstar modification incorrectly made reference to the discharged Accredited Home Lenders mortgage rather than the unrecorded Flagstar Mortgage that was being modified;

Page 3
Debtors:      Diane Hall
Case No.:     17-10102-JNP
Caption:      **CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO PROOF OF CLAIM #9-1 AND FOR LIMITED STAY RELIEF**

**WHEREAS** Proof of Claim #9-1 filed on behalf of Ditech contained the note executed in favor of Flagstar Bank, the Flagstar mortgage, and the 2012 Flagstar modification.  The Trustee objected to same due to the fact that the Flagstar mortgage was unrecorded;

**WHEREAS** Ditech remains the holder of the Note and Mortgage intended to be secured by real property known as 228 Pennsylvania Avenue, Franklinville, New Jersey 08322;

**WHEREAS** the parties have agreed to amicably agreed to resolve all disputes,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED**

- Ditech be and is hereby declared to hold a valid first mortgage lien on the property located at 228 Pennsylvania Avenue, Franklinville, New Jersey 08322; and

- Ditech shall have limited relief from stay in order to record the Flagstar mortgage, the assignment of the Flagstar mortgage into Ditech, and the 2012 and 2017 loan modifications with the Clerk of Gloucester County; and

- Said limited stay relief shall include the recording of said mortgage, loan modifications, assignments of mortgage, and any corrections thereto, and any subordination agreements; and

- Said limited stay relief shall include the filing and prosecution of any action in State Court to allow for the recording of any and all of the aforementioned loan documents and/or corrections thereto <u>nunc pro tunc</u> and/or any quiet title action and/or any other action needed to record this Mortgage and determine its priority including subordination agreements; and

Page 4
Debtors:      Diane Hall
Case No.:     17-10102-JNP
Caption:      **CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO PROOF OF CLAIM #9-1 AND FOR LIMITED STAY RELIEF**

- Ditech, through its title insurer Old Republic, shall pay the balance of all unsecured claims filed in this case as of October 1, 2018, totaling $6,156.03, plus the Trustee's commissions thereon within 30 days of the entry of this order; and

- The Trustee's objection to proof of claim # 9-1 is hereby resolved.

We hereby consent to the form and entry of the within Consent Order contained on pages two through four.

KML Law Group P.C.
Attorneys for Creditor, Ditech Financial LLC


By: /s/ Denise Carlon            Dated:      11/26/2018
        Denise Carlon, Esq.


Hoffman Dimuzio
Attorneys for Debtor, Diane Hall f/k/a Diane Johnson a/k/a Diane Johnson Hall


By: /s/ Richard Hoffman          Dated:    11/16/2018
        Richard S. Hoffman, Jr., Esq.


Office of Isabel C. Balboa Chapter 13 Standing Trustee


By: /s/ Jennifer Gorchow         Dated:    11/20/2018
        Jennifer Gorchow, Esq.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10102-JNP
Diane Hall                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin            Page 1 of 1            Date Rcvd: Dec 07, 2018
                Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
db             +Diane Hall,    228 Pennsylvania Avenue,    Franklinville, NJ 08322-2367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeanette F. Frankenberg    on behalf of Creditor    FLAGSTAR BANK, FSB cmecf@sternlav.com
      Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
      R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB bankruptcy@feinsuch.com
      Richard S. Hoffman, Jr.    on behalf of Debtor Diane  Hall rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 7