| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Diane Hall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0868<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–10102–JNP | | |

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Diane Hall
> aka Diane Johnson–Hall, fka Diane Johnson

<u>4/25/19</u>                                                       **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-10102-JNP
Diane Hall                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2               Date Rcvd: Apr 25, 2019
                               Form ID: 3180W          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db          +Diane Hall,    228 Pennsylvania Avenue,    Franklinville, NJ 08322-2367
516578072    Advocare Laurel Pediatrics,    PO Box 3001,    Voorhees, NJ 08043-0598
516578076    Ditech Financial LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
516578077    Eichenbaum & Stylianou, LLC,    PO Box 914,    Paramus, NJ 07653-0914
516578078    Emrg Phy Assoc os S.Jersey, PC,    3583 Ridge Park Drive,    Akron, OH 44333-8203
516578079   +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516578081   +Flagstar Bank, FSB,    Attn: Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,
              Parsippany, NJ 07054-4609
516578082    HRRG Collections,    PO Box 8486,    Coral Springs, FL 33075-8486
516578083   +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516578084    Kennedy Medical Group,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
516578086   +Rashema Johnson,    228 Pennsylvania Avenue,    Franklinville, NJ 08322-2367
516578087    Sears Credit Cards,    PO Box 6286,    Sioux Falls, SD 57117-6286
516578088   +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516578092   +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
516578094   +Virtua Health - West Jersey,    Attn: AMCOL Systems,    111 Lancewood Road,
              Columbia, SC 29210-7523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516583181    E-mail/Text: bankruptcy@bbandt.com Apr 26 2019 00:12:05     BB&T,    PO Box 1847,
              Wilson, NC 27894-1847
516578073   +E-mail/Text: bankruptcy@bbandt.com Apr 26 2019 00:12:06     BB&T Loan Services,
              MC 100-50-02-57,    PO Box 2306,    Wilson, NC 27894-2306
516649103    EDI: CRFRSTNA.COM Apr 26 2019 03:28:00      Credit First NA,    PO Box 818011,
              Cleveland, OH 44181-8011
516578074    EDI: CRFRSTNA.COM Apr 26 2019 03:28:00      Credit First/Firestone,    PO Box 81083,
              Cleveland, OH 44181
516578075    EDI: DIRECTV.COM Apr 26 2019 03:28:00      DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
516784975   +EDI: AIS.COM Apr 26 2019 03:28:00      Directv, LLC,    by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516808257    E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2019 00:12:14
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516652075    E-mail/Text: cashiering-administrationservices@flagstar.com Apr 26 2019 00:13:31
              Flagstar Bank FSB,    5151 Corporate Drive,    Troy, MI 48098-2639
516578080   +E-mail/Text: bankruptcy@fncbinc.com Apr 26 2019 00:11:20      First National Collection Bureau,
              610 Waltham Way,    Sparks, NV 89437-6695
516747434   +EDI: MID8.COM Apr 26 2019 03:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
              WARREN, MI 48090-2011
516777211   +EDI: PRA.COM Apr 26 2019 03:28:00      Orion Portfolio Services LLC,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516578085   +E-mail/Text: ebn@vativrecovery.com Apr 26 2019 00:12:12     Palisades Collection LLC,
              210 Sylvan Avenue, Suite 1,    Englewood Cliffs, NJ 07632-2510
516635158    E-mail/Text: ebn@vativrecovery.com Apr 26 2019 00:12:12     Palisades Collections, LLC,
              VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
              P.O. Box 40728,    Houston, TX 77240-0728
516755217   +EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk VA 23541-1021
516578089    EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank/JC Penney,    PO Box 965060,
              Orlando, FL 32896-5060
516578090    EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank/Sam's Club,    PO Box 965060,
              Orlando, FL 32896-5060
516578091    EDI: CITICORP.COM Apr 26 2019 03:28:00      THD/CBNA,    PO Box 6497,
              Sioux Falls, SD 57117-6497
516578093   +EDI: VERIZONCOMB.COM Apr 26 2019 03:28:00      Verizon,    140 West St,    New York, NY 10007-2123
                                                                                              TOTAL: 20
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517263385*     Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Apr 25, 2019
                               Form ID: 3180W           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    FLAGSTAR BANK, FSB cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB bankruptcy@feinsuch.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Diane  Hall rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVCING LLC
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```